RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10/04/05

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| HURAL CARSTON | : | DOCKET NO. 04-1947 |
| VS. | : | JUDGE MINALDI |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED, ADJUDGED, and DECREED that this matter be, and it is hereby affirmed and dismissed with prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___ day of October, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 10/04/05
BY
TO